

Tuesday, March 8, 2011

No. 11–0257/MC. U.S. v. Thomas J. Schumacher. CCA 201000153. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN REFUSING TO GIVE A SELF–DEFENSE INSTRUCTION.

Briefs will be filed under Rule 25. Appellant's brief shall be filed within 25 days of the date of this order. Appellee's brief shall be filed within 25 days of the filing of Appellant's brief. Appellant may file a reply brief within 5 days of the filing of Appellee's brief.

Misc. No. 11–8018/NA. U.S. v. Richard T. Pearce. CCA 201100110. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.